RECEIVED
IN LAKE CHARLES, LA

FEB 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EMERY J. SIMIEN** | : | **CIVIL ACTION NUMBER** |
| **VERSUS** | : | **05-1458** |
| **U. S. INTERNAL REVENUE SERVICE** | : | **JUDGE MINALDI** <br> **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

On January 11, 2006, this court issued an order wherein it was noted that: the case was over five months old, there was no return of service as to defendant, and the court was considering dismissing the case. Plaintiff was allotted 20 calendar days to perfect and to file the return of service, or to provide good cause for his inability to do so.

As of today, there is no indication in the record that defendant has been served, nor has plaintiff explained to the court his failure to serve defendant. Since more than 120 days have elapsed without service of process having been perfected and return of service filed in the record, it is ordered that plaintiff's suit be, and it is hereby DISMISSED, without prejudice, in its entirety. LR 41.3W, Fed.R.Civ.P. 4(m). The case may be reinstated upon good cause shown during the next thirty (30) days from today.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of Feb., 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE