RECEIVED
IN LAKE CHARLES, LA
MAY 16 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EMERY J. SIMIEN** | : | **DOCKET NO. 05-1458** |
| **VS.** | : | **JUDGE MINALDI** |
| **UNITED STATES INTERNAL REVENUE SERVICE** | : | **MAGISTRATE JUDGE WILSON** |

### ORDER

Plaintiff, Emery J. Simien has filed a motion for reconsideration [doc. 4] of the court's February 24, 2006 dismissal of his suit for failure to provide proof of service upon defendant. Plaintiff now submits a copy of a certified mail receipt indicating delivery of plaintiff's complaint upon the Internal Revenue Service Center in Austin, Texas on August 18, 2005.

In addition to serving a copy of the summons and complaint upon the agency, a party seeking to effect service upon an agency of the United States must send a copy of the summons and complaint by certified or registered mail (1) to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee properly designated to receive service by the United States attorney, and (2) to the Attorney General of the United States at Washington, District of Columbia. Fed. R. Civ. P. 4(i).

By serving only the Internal Revenue Service, Plaintiff has failed to comply with Rule 4(i). Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration [doc. 4] is GRANTED.

IT IS FURTHER ORDERED that plaintiff shall have thirty (30) days to serve defendant in accordance with Rule 4(i).

Lake Charles, Louisiana, this 15 day of May, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE