RECEIVED
IN LAKE CHARLES, LA

JAN 3 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EMERY J. SIMIEN | : | DOCKET NO. 05 CV 1458 |
| | : | |
| VS. | : | JUDGE MINALDI |
| | | |
| INTERNAL REVENUE SERVICE | : | MAGISTRATE JUDGE WILSON |

### JUDGEMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the Motion to Dismiss [doc. 17] filed on behalf of the Internal Revenue Service is DENIED.

IT IS FURTHER ORDERED that the United States is SUBSTITUTED as the proper defendant in this matter.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 30 day of January, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT