RECEIVED
IN LAKE CHARLES, LA

JAN 31 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EMERY J. SIMIEN** | : | **DOCKET NO. 05 CV 1458** |
| | : | |
| **VS.** | : | **JUDGE MINALDI** |
| | : | |
| **INTERNAL REVENUE SERVICE** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

IT IS ORDERED that plaintiff Emery J. Simien's Motion to Strike [doc. 20] is DENIED to the extent that it seeks to strike the defendant's arguments relating to any underlying tax liability and GRANTED as to the requested remand to the U.S. Tax Court.

Lake Charles, Louisiana, this _30_ day of January, 2007.

                                                      PATRICIA MINALDI
                                                    UNITED STATES DISTRICT COURT